UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES JERROD SPIKES                              CIVIL ACTION

VERSUS                                           NO: 14-3004

RANDY SEAL, *ET AL.*                             SECTION: R

## ORDER

Plaintiff James Jerrod Spikes filed this *pro se* complaint pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommends that plaintiff's complaint be dismissed with prejudice because it is frivolous, malicious, and fails to state a claim upon which relief may be granted. Having reviewed *de novo* the complaint,[1] the record, the Magistrate Judge's Report and Recommendation,[2] plaintiff's initial and amended objections,[3] and plaintiff's "Motion for Issuance of Subpoenas,"[4] the Court approves the Report and Recommendation and adopts it as its opinion.

---

[1] R. Doc. 1.

[2] R. Doc. 16.

[3] R. Docs. 17, 18, 21.

[4] R. Doc. 20.

As the Magistrate Judge correctly concluded, each of plaintiff's claims is frivolous, malicious, and/or fails to state a claim upon which relief may be granted. Plaintiff does not challenge the Magistrate Judges findings of facts or conclusions of law. Instead, plaintiff repeats allegations from his complaint, as well as allegations from other section 1983 lawsuits that he has filed in the Eastern District of Louisiana. These submission are irrelevant to the findings of fact and conclusions of law underlying the Magistrate Judge's Report and Recommendation.

Accordingly, plaintiff's section 1983 complaint is DISMISSED WITH PREJUDICE. Plaintiff's "Motion for Issuance of Subpoenas"[5] is DENIED AS MOOT.

New Orleans, Louisiana, this 14th day of March, 2016.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[5] R. Doc. 20.